SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Reargument ordered for Monday, November 23, 1903.

SCHRIEBER, Respondent, v. TILYOU, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Albert Schrieber against George Tilyou. H. E. Heistad, for appellant. N. J. O'Connell, for respondent. No opinion. Judgment and order affirmed, with costs.

SCHU, Respondent, v. HUNTER ARMS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Frank N. Schu against the Hunter Arms Company. No opinion. Judgment and order affirmed, with costs.

SCHULSINGER, Appellant, v. BLAU et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Dora Schulsinger against Carrie Blau and others. No opinion. Motion denied, with $10 costs.

SCHUTZ, Respondent, v. UNION RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Friedrich Otto Schutz against the Union Railway Company of New York City.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

SELLECK, Respondent, v. GRAY, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Daniel P. Selleck against Byron Gray. No opinion. Judgment affirmed, with costs.

In re SEWARD. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) In the matter of proving the last will and testament of John W. Seward, deceased. No opinion. Decree of the surrogate unanimously affirmed, with costs.

SHAW, Appellant, v. UNION BAG & PAPER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Jack Shaw against the Union Bag & Paper Company.

PER CURIAM. Judgment affirmed, with costs.

CHASE, J., dissents.

SHEEHY, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Frank P. Sheehy against the Manhattan Railway Company. A. O. Townsend, for appellant. E. M. Felt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SHOULETTE, Appellant, v. TOWN OF ROSSIE, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Maria Shoulette against the town of Rossie. No opinion. Judgment unanimously affirmed, with costs.

SILBER, Respondent, v. ERICSON, Appellant. (Supreme Court, Appellate Term. November 6, 1903.) Action by Mendle Silber against Hjalmer Ericson. From a judgment for plaintiff, defendant appeals. Reversed. Frayer, White & Seaman, for appellant. Jacoves & Mullen, for respondent.

BLANCHARD, J. As the action was not brought by the real party in interest, and the finding of the trial court is clearly against not only the weight of evidence, but the evidence, the judgment must be reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.

SILVER, Respondent, v. WILLIAMS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Sam Silver against Thomas M. Williams and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

SILVERNAIL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. November 18, 1903.) Action by Agnes Silvernail against the Metropolitan Street Railway Company. From an order setting aside a verdict and judgment for defendant, and granting a new trial to plaintiff on the ground of newly discovered evidence, defendant appeals. Affirmed. Henry A. Robinson (F. A. Gaynor, of counsel), for appellant. Watts & Merrill, for respondent.

PER CURIAM. The order appealed from was made in the exercise of a sound discretion and in furtherance of justice, and upon the authority of Klinger v. Markowitz, 54 App. Div. 299, 65 N. Y. Supp. 369, 66 N. Y. Supp. 1135, and Serwer v. Serwer, 71 App. Div. 415, 75 N. Y. Supp. 842, it must be affirmed, with costs and disbursements.